XAVIER BECERRA
Attorney General of California
DAMON G. MCCLAIN
Supervising Deputy Attorney General
JEFFREY T. FISHER
Deputy Attorney General
State Bar No. 303712
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-4285
 Facsimile:  (415) 703-5843
*Attorneys for Defendant R. Reynoso*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| **KEVIN ALLEN,**<br><br>                                        Plaintiff,<br><br>          v.<br><br>**R. REYNOSO,**<br><br>                                        Defendant. | Case No. 16-cv-05289-JCS (PR)<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE (Fed. R. Civ. P. 41(a)(1)(A)(ii))**<br><br>Judge:          The Honorable Joseph C. Spero<br>Trial Date:     Not Set<br>Action Filed:  September 15, 2016 |

Plaintiff Kevin Allen and Defendant R. Reynoso have resolved this case in its entirety and

stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure

41(a)(1)(A)(ii).  This stipulation includes a dismissal of any claims against any served or

unserved defendant in this action.  Each side shall bear its own attorneys' fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

The filing of this stipulation automatically terminates this action.

IT IS SO STIPULATED.

Dated: 5/2/2017          By: _____
                             Plaintiff Kevin Allen

Dated: 5/19/17           By: _____
                             ~~TRACE O. MAIORINO~~  Jeffrey T. Fisher
                             Deputy Attorney General
                             *Attorneys for Defendant R. Reynoso*

Dated: May 23, 2017

SF2017401235
20973461.docx

*IT IS SO ORDERED*
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (16-cv-05289-JCS (PR))

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Allen v. Reynoso**
No.:          **16-cv-05289-JCS (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On May 22, 2017, I served the attached:

**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**
**(Fed. R. Civ. P. 41(a)(1)(A)(ii))**

by placing a true copy thereof enclosed in a sealed envelope in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA  94102-7004, addressed as follows:

**Kevin Allen**
**(K-41879)**
**Kern Valley State Prison**
**P.O. Box 5101**
**Delano, CA 93216-5101**
*Pro Se*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 22, 2017, at San Francisco, California.

| L. Santos | /s/ L. Santos |
|:---:|:---:|
| Declarant | Signature |

SF2017401235
20982797.doc